IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| RODNEY CARELOCK, | ) | |
| | ) | CIVIL ACTION NO. 3:18CV00323 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| ROBERT BOLICK, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

TAKE NOTICE THAT, pursuant to the provisions of the Rules of Federal Procedure, Rule 41(a)(1)(A)(ii), with the stipulation by the attorney for the defendant in this cause, plaintiff hereby enters his stipulation of dismissal in the above reference matter.

This the 15th day of July, 2018.

                                          s/*Humphrey S.Cummings*
                                          HUMPHREY S. CUMMINGS, Esquire
                                          N.C. State Bar I.D. No. 7677
                                          The Cummings Law Firm, P.A.
                                          1230 West Morehead Street, Suite 404
                                          Charlotte, NC 28208-5210
                                          704.376.2853; fax, 704.376.3334
                                          Email: theCummingsFirm@aol.com

SO STIPULATED:

ANDREW MURRAY
United States Attorney

 **Mr. James M. Sullivan**
Assistant United States Attorney
N.C. Bar No. 17811
Carillon Building, Suite 1650
227 West Trade Street
Charlotte, NC 28202
Telephone: 704.344.6222
Facsimile: 704.344.6629

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Dismissal, was filed electronically in accordance with the local rules and was therefore served electronically on those entities that have properly registered for such electronic service on the date and at the electronic address shown below:

ANDREW MURRAY
United States Attorney

**Mr. James M. Sullivan**
Assistant United States Attorney
N.C. Bar No. 17811
Carillon Building, Suite 1650
227 West Trade Street
Charlotte, NC 28202
James.Sullivan2@usdoj.gov
[*via ECF*]

This the 15th day of July, 2018.

s/*Humphrey S.Cummings*
HUMPHREY S. CUMMINGS, Esquire
